No. 1326. WOLDEN v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Eugene Gressman* for petitioner.

No. 1337. CARTER v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Daniel C. Ahern* and *Kevin J. Gillogly* for petitioner.

No. 1340. IN RE MARKEL. Super. Ct. Cal., County of Kern. Certiorari denied. *Thomas R. Davis* for petitioner.

No. 1341. PEACOCK ET AL. v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied. *Charles J. McDonough* for petitioner Peacock. *Michael F. Dillon* for respondent.

No. 1343. O'KELLEY ET AL. v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Charles M. Gianola* for petitioners.

No. 1344. SALEM BUILDING TRADES COUNCIL, AFL–CIO v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied. *James B. Griswold* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Gary Green* for respondent National Labor Relations Board.

No. 1299. BOOKER v. KANSAS. Sup. Ct. Kan. Certiorari denied. THE CHIEF JUSTICE is of the opinion that certiorari should be granted. *Russell Shultz* for petitioner. *Robert C. Londerholm,* Attorney General of Kansas, and *Keith Sanborn* for respondent.